In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00442-CV
_____


IN RE JODIE STRAIN AND AMERITOX, LTD.

_____

Original Proceeding
_____

MEMORANDUM OPINION

Jodie Strain and Ameritox, Ltd. filed a mandamus petition seeking relief from orders compelling production of a privilege log of communications between Strain and Ameritox's lawyers or between Strain's lawyers and Ameritox or Ameritox's lawyers, and compelling production of any agreements or evidence of payments between Strain's lawyers and Ameritox or its lawyers. We stayed the trial court's orders and requested a response from the real party in interest, Millennium Laboratories, Inc.

After reviewing the record and briefs submitted by the parties, we conclude that the relators have not shown that the trial court clearly abused its discretion. *See*

1

*In re XL Specialty Ins. Co.*, 373 S.W.3d 46, 51-52 (Tex. 2012); *see also* Tex. R. Civ. P. 193.3(c), Tex. R. Evid. 503(b)(1)(C). Accordingly, we lift our order of October 3, 2013, and deny the petition for writ of mandamus.

      PETITION DENIED.

                                        PER CURIAM

Submitted on October 25, 2013
Opinion Delivered November 21, 2013

Before McKeithen, C.J., Kreger and Horton, JJ.